UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| ENOMA IGBINOVIA, | ) | CASE NO.  3:11-CV-0079-ECR-RAM |
| | ) | |
| Plaintiff(s), | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATED: JULY 7, 2011 |
| | ) | |
| JAMES COX, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

Deputy Clerk: JENNIFER COTTER     Reporter: FTR: 10:07:30 a.m. - 10:13:07 a.m.

Counsel for Plaintiff(s): ENOMA IGBINOVIA, In Pro Per (telephonically)

Counsel for Defendant(s): DENISE BALBONI (telephonically)

**PROCEEDINGS: MOTION HEARING**

10:07 a.m.  Court convenes.

The Court addresses the Motion to Stay (Docket #19).  It appears to the Court that Plaintiff's discovery requests do relate to the two surviving claims, and the Court is going to ALLOW said discovery.

IT IS ORDERED that the Motion to Stay is GRANTED.  Defendants shall have thirty (30) days to respond to the served discovery requests.  Plaintiff shall then have thirty (30) days after the receipt of the discovery responses to file his opposition to the Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Docket #15).  These deadlines are subject to modification if Plaintiff is unhappy with the responses and - after meeting and conferring with defendants - needs to file a motion to compel.

10:13 a.m.  Court adjourns.

LANCE S. WILSON, CLERK


By: /s/

Deputy Clerk