UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| ENOMA IGBINOVIA, | ) | |
| | ) | |
|        Plaintiff, | ) | 3:11-cv-00079-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| JAMES G. COX, *et al.*, | ) | |
| | ) | |
|        Defendants. | ) | |

    Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#102[1]) entered on January 15, 2013, recommending granting Defendants' Motion for Summary Judgment (#62) filed on May 8, 2012, and denying Plaintiff's Cross-Motion for Summary Judgment (#95) filed on September 21, 2012. Plaintiff filed his Objection to Magistrate Judge Report and Recommendation (#103) on January 31, 2013. Defendants filed their Response to Plaintiff's Objection to Magistrate Judge Report and Recommendation (#107) on February 26, 2013. Plaintiff filed his Reply to Defendants' response (#108) on March 6, 2013. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

    The Court has conducted its *de novo* review in this case, has fully considered the objections and

---

[1] Refers to court's docket number.

reply of the Plaintiff, the response of the Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#102) entered on January 15, 2013, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#102) entered on January 15, 2013, is adopted and accepted, and Defendants' Motion for Summary Judgment (#62) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Cross-Motion for Summary Judgment (#95) is DENIED.

IT IS SO ORDERED.

DATED this 25th day of March, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE