UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| ENOMA IGBINOVIA, | ) | |
| Plaintiff, | ) ) | 3:11-cv-00079-LRH-WGC |
| v. | ) ) | O R D E R |
| JAMES G. COX, *et al.*, | ) ) | |
| Defendants. | ) ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#102[1]) entered on January 15, 2013, recommending granting Defendants' Motion for Summary Judgment (#62) filed on May 8, 2012, and denying Plaintiff's Cross-Motion for Summary Judgment (#95) filed on September 21, 2012. Plaintiff filed his Objection to Magistrate Judge Report and Recommendation (#103) on January 31, 2013. Defendants filed their Response to Plaintiff's Objection to Magistrate Judge Report and Recommendation (#107) on February 26, 2013. Plaintiff filed his Reply to Defendants' response (#108) on March 6, 2013. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections and

---

[1] Refers to court's docket number.

1  reply of the Plaintiff, the response of the Defendants, the pleadings and memoranda of the parties and
2  other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The
3  Court determines that the Magistrate Judge's Report and Recommendation (#102) entered on January
4  15, 2013, should be adopted and accepted.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#102) entered on January 15, 2013, is adopted and accepted, and Defendants' Motion for Summary Judgment (#62) is GRANTED.

    IT IS FURTHER ORDERED that Plaintiff's Cross-Motion for Summary Judgment (#95) is DENIED.

    IT IS SO ORDERED.

    DATED this 25th day of March, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE